UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

DEBORAH PRIETO,            ) CV 07-6467-SH
                           )
        Plaintiff,     ) JUDGMENT
   v.                      )
                           )
MICHAEL J. ASTRUE,         )
Commissioner of Social Security )
Administration,            )
                           )
        Defendant.     )
_____)

    IT IS ADJUDGED that Judgment is entered in favor of Plaintiff, the decision of the Commissioner is reversed and remanded for further proceedings, pursuant to Sentence 4 of U.S.C. § 405(g).

DATED: November 25, 2008

                                 / S /
                _____
                   STEPHEN J. HILLMAN
              UNITED STATES MAGISTRATE JUDGE